AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| DREW KRANTZ <br> *Plaintiff* <br> v. <br> SCOTT STIELER <br> *Defendant* | Civil Action No. 4:21-CV-01217 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ **other:**  Judgment is entered in favor of Defendant, Scott Stieler.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Matthew W. Brann  on Motion for Summary Judgment (Doc. 37).

Date: May 8, 2024

CLERK OF COURT

*s/ Janel R. Rhinehart, deputy clerk*

*Signature of Clerk or Deputy Clerk*