AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

| | |
|---|---|
| DREW KRANTZ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:21-CV-01217 |
| MARKET STREET INVESTMENT CORPORATION, INC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  Judgment be and is hereby entered in favor of the Defendant and against the Plaintiff in accordance with
the jury verdict rendered May 8, 2024.

This action was *(check one)*:

☑  tried by a jury with Judge  Matthew W. Brann _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for

Date:  May 8, 2024 _____

*CLERK OF COURT*

*s/ Janel R. Rhinehart, deputy clerk*
_____
*Signature of Clerk or Deputy Clerk*